> Request GRANTED. The deadline for Defendant to answer or respond to the Complaint is extended to **October 7, 2024.** If Defendant moves to dismiss, the deadline for Plaintiff to either amend the Complaint in response to the motion pursuant to Rule II(B)(6) of the Court's Individual Rules & Practices or to oppose the motion is extended to **October 28, 2024.** If Plaintiff opposes the motion, the deadline for Defendant to reply is **November 4, 2024.** The Clerk of Court is directed to terminate Dkt. No. 13.
>
> SO ORDERED. Date 9/25/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

# Juilliard

September 24, 2024

Judge Margaret M. Garnett
Southern District Court of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: <u>Stephanie Moro v. The Juilliard School, 1:24-cv-03705-MMG</u>
    <u>Extension Request</u>

Your Honor:

    I represent the Defendant in this matter, The Juilliard School ("Juilliard"). This is a letter-motion requesting an extension of time to respond to Plaintiff's Summons and Complaint.

    By Order of this Court, dated July 16, 2024, Defendant has until September 30, 2024 to respond to Plaintiff's Summons and Complaint. If Defendant moves to dismiss, Plaintiff has until October 21, 2024 to file an opposition brief or amend the Complaint. Defendant is requesting to extend its time to respond to October 7, 2024, to which Plaintiff consents. Defendant consents, in turn, to extend Plaintiff's time to respond to October 28, 2024. This is Defendant's first request for an extension.

    The reason for Defendant's request is that I had one planned surgery on August 29, 2024 and then an unplanned emergency surgery thereafter from which I am recovering. In addition, my son had to have surgery last week, and I am taking care of him.

    We thank Your Honor for her time and consideration of this request.

Respectfully submitted,

*Stephanie Vullo*

Stephanie Vullo
General Counsel

cc: All parties of record via ECF