UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE MORO,

               Plaintiff,

-against-

THE JULLIARD SCHOOL,

               Defendant.

24-CV-03705 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff has filed Amended Complaint. In light of this, the motion at Dkt. No. 20 is denied as moot.

    Defendant must answer or respond to the Amended Complaint by **November 22, 2024**. To the extent Defendant intends to move to dismiss, Defendant must either (1) file a new or supplemental motion to dismiss; or (2) submit a letter on ECF stating that it is renewing the previously filed motion to dismiss. If Defendant chooses to supplement its previous motion to dismiss, it may do so in a filing not to exceed **five pages**, which notes that it incorporates by reference the previously filed memorandum of law.

    The Clerk of Court is directed to terminate Dkt. No. 20.

Dated: November 6, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge